No. 72–1300. RUGGIERO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 72–1306. RADIO-TELEVISION, S. A., ET AL. v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 72–1309. WOOD, WIRE & METAL LATHERS INTERNATIONAL UNION, LOCAL UNION 46, ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 72–1321. NORTHERN NATURAL GAS CO. ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ██

No. 72–1325. MANGAIAMELI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1329. H. KESSLER & CO. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 5th Cir. Certiorari denied. 

No. 72–1346. RYAN ET UX. v. COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–1351. ARBAUGH'S RESTAURANT, INC. v. SMITH ET UX. C. A. D. C. Cir. Certiorari denied. 

No. 72–1361. WOOD v. UNITED STATES POST OFFICE DEPARTMENT ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–1380. BRELAND v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.